IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMMED HALHOULI, and FATIMA OMAR ABUSAMRI,<br><br>                **Plaintiffs,**<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, U.S. Department of Homeland Security Secretary; UR JADDOU, Assistant Secretary of Homeland Security USCIS; and WILLIAM CONNOR, Field Office Director of Omaha, Nebraska USCIS;<br><br>                **Defendants.** | 8:23CV160<br><br>**ORDER TO SHOW CAUSE** |

      Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

      Plaintiffs filed the Complaint on April 25, 2023.  (Filing No. 1).  More than 90 days has elapsed since the Complaint was filed.  To date, Plaintiffs have not filed any return of service or signed waiver indicating service on the defendants, the defendants have not entered a voluntary appearance, and Plaintiffs have not requested an extension of time to complete service.  Accordingly,

      **IT IS ORDERED** that Plaintiffs shall have until **August 18, 2023,** to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action.  The failure to timely comply with this order may result in dismissal of this action without further notice.

      Dated this 28th day of July, 2023.

                                                    BY THE COURT:

                                                    s/Michael D. Nelson
                                                    United States Magistrate Judge